IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **D.N.N**, *et al.*,<br><br>    **Plaintiffs/Petitioners,**<br><br>    v.<br>**NIKITA BAKER**, *et al.*,<br><br>    **Defendants/Respondents.** | Civil No.: 1:25-cv-01500-JRR |

## ORDER

The above-captioned Class Action Complaint for Declaratory and Injunctive Relief, filed pursuant to 28 USC §§ 1331, 1346, 2201, and 2202, and Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, was filed on May 9, 2025, and entered on the docket as a Petition for Writ of Habeas Corpus. (ECF No. 1.) Plaintiffs/Petitioners subsequently filed their First Amended Class Action Complaint for Declaratory Relief, Complaint for Injunctive Relief, and Petition for Writ of Habeas Corpus. (ECF No. 6.)

In view of the hybrid nature of this action, which seeks both habeas and other civil relief, effective and efficient management of the court's docket necessitates that this action be converted into a civil action brought as an 899 Administrative Procedures Act nature of suit, with a 5 U.S.C. § 706 cause of action. The court notes that Plaintiffs'/Petitioners' full names are already shielded from the record and PII has been redacted (*see, e.g.*, ECF No. 1-13). Nothing in this order has any bearing on the merits of the action or requested relief; this order is strictly for administrative purposes.[1] Therefore, it is this 20th day of May 2025,

**ORDERED** that Madam Clerk shall **OPEN** a new civil action based on an 899

---

[1] The parties are of course free to file motions to seal if their submissions contain content or subject matter that the filing party believes is properly subject to sealing or redaction pursuant it to the Local Rules.

Administrative Procedures Act nature of suit, with a 5 U.S.C. § 706 cause of action, and docket copies of all filings in the instant case in the new civil action; and further it is

**ORDERED** that the instant case, Case No. 25-cv-1500-JRR, shall be, and is hereby, **ADMINISTRATIVELY CLOSED**; and further it is

**ORDERED** that, upon opening of the new civil action, Madam Clerk shall issue summons as provided at ECF No. 6-3; and further it is

**ORDERED** that all future filings shall be docketed in the new civil action.

Date: May 20, 2025

/S/
_____
Julie R. Rubin
United States District Judge